UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>15-20403-CR-WPD</u>

UNITED STATES OF AMERICA

vs.

ALVERIO FEO ALVARADO,

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **ALVERIO FEO ALVARADO**, are sufficient to prove the guilt for Count One of Indictment which charges the Defendant with a violation of Title 21, United States Code, 959(a)(2), all in violation of Section 963.

More specifically, from at least as early as in or about the beginning of 2009 through September 2014, **ALVERIO FEO ALVARADO** was a member of a major drug trafficking organization operating in northern Colombia known as *Los Urabeños* or Clan Usuga. *Los Urabeños* financed its criminal activities by taxing drug traffickers for operating in its area of control and working with drug traffickers to ship thousands of kilograms of cocaine from Colombia to countries in Central America. Once the cocaine was in Central America it was delivered to other organizations for importation into the United States. **FEO ALVARADO** had many roles for the organization, including negotiating drug ventures between *Los Urabeños* and drug traffickers. For example, beginning in 2009, **FEO ALVARADO** negotiated a drug venture with a trafficker for multiple 1,000 kilogram shipments of cocaine departing the Necocli area of

1

Colombia to Central America. **FEO ALVARADO** knew that the cocaine would ultimately be imported into the United States. **FEO ALVARADO** is responsible for the shipment or attempted shipment of at least 450 kilograms of cocaine.

**FEO ALVARADO** has acknowledged his role in the narcotics conspiracy as described more fully in the indictment and this factual summary.

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 9-18-17

By: ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

Date: 9-18-17

By: ORLANDO do CAMPO
ATTORNEY FOR DEFENDANT

Date: 9-18-17

By: ALVERIO FEO ALVARADO
DEFENDANT

Susana Staronsta
Spanish Interpreter 9/18/17

2