UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20403-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

ALVERIO FEO ALVARADO, *et al.*,

    Defendant.
_____/

## **SENTENCING MEMORANDUM**

Mr. Alverio Feo Alvarado, through undersigned counsel, submits the following sentencing memorandum, and in support states:

Mr. Feo Alvarado is scheduled to be sentenced on November 27, 2017. He has pled guilty in this matter to the one count charged in his indictment. He fully accepts responsibility for his actions and does, in no way, contest his guilt. However, it is vital for the Court, in reaching a reasonable sentence, to understand the context in which Mr. Feo Alvarado became entangled with the Urabenos, and the path that led him to become a defendant in this Court.

For 52 years—with abundant American support—the Colombian government has been locked in a ferocious armed conflict with leftist insurgents. The Revolutionary Armed Forces of Colombia ("FARC") is the oldest and largest among Colombia's left-wing rebels.[1] Originally, the group's intention was to overthrow the government and install a Marxist regime, but tactics changed in the nineties when right-wing paramilitary forces attacked the rebels and the FARC became increasingly involved in the drug trade to raise money for its campaign.[2]

---

[1] *Profiles: Colombia's Armed Groups*, BBC NEWS (Aug. 29, 2013), http://www.bbc.com/news/world-latin-america-11400950
[2] *Id.*

Tired of a drug-fueled military offensive by Marxist FARC guerillas in the 1990s—less than four years after Pablo Escobar's death—the United Self-Defense Forces of Colombia ("AUC") was founded by an anti-Escobar paramilitary group (Los Pepes) that helped Colombian and United States' authorities kill Escobar in 1993.[3] The AUC is a right-wing group that was formed in 1997 to combat rebel kidnappings and extortions.[4] The AUC took up arms in self-defense, in the place of a powerless state. As the FARC began exerting more territorial control over areas where drug crops were harvested and drugs were produced, the paramilitaries began to fight for control.

Initially, the Colombia government empowered these paramilitary forces as military proxies, as then-President Cesar Gaviria—with the strong support of then-governor of Antioquia Alvaro Uribe Velez—legalized the formation of civilian militias in 1994.[5] In 1997, the AUC received active support from both, the Colombian military and the private sector: all of which were unable to counter the increasingly powerful guerillas.

At the height of its power, the AUC operated in two-thirds of Colombia, with a particularly strong presence in the Caribbean Coast region, especially in Uraba.[6] However, between 2003 and 2006, the AUC and the Colombian government hammered out a peace agreement, and numerous paramilitary fronts demobilized.[7]

---

[3] Adriana Alsema, *Why Paramilirary Groups Still Exist in Colombia*, COLOMBIA REPORTS (March 20, 2017), https://colombiareports.com/paramilitary-groups-still-exist-colombia/
[4] Deborah Sontag, *The Secret History of Colombia's Paramilitaries and the U.S. War on Drugs*, NY TIMES (September 10, 2016), https://www.nytimes.com/2016/09/11/world/americas/colombia-cocaine-human-rights.html

[5] Alsema, *supra* note 3.
[6] *AUC*, INSIGHTCRIME (Nov 17, 2015), http://www.insightcrime.org/colombia-organized-crime-news/auc-profile
[7] *Id*.

During the last year of the AUC's demobilization, however, then-President Alvaro Uribe Velez arrested the AUC leadership in violation of the deal he had made with the AUC.[8] AUC co-founder, Vicente Castano, was able to evade arrest. He considered Uribe's aggression as an act of betrayal and as a result, ordered the mid-level AUC commanders to rearm and re-establish AUC authority.[9] While Vicente Castano founded the Aguilas Negras, alias "Don Mario" founded the Gaitanista Self-Defense Forces of Colombia, a.k.a. "Los Urabenos."[10] In total, more than 60 paramilitary blocs rearmed in the following year.[11]

The vast majority of the new groups that formed disappeared as quickly as they appeared, either because they were unable to defend themselves against the FARC or were usurped by drug cartels like "Los Rastrojos."[12] However, groups like "Los Urabenos" or "Aguilas Negras" successfully resumed operations in the areas where they previously had been active under the AUC. To stay afloat, these groups had to finance their activities by taxing drug traffickers for operating in its area of control and working with drug traffickers to export cocaine from Colombia to countries in Central America.

In the case of Mr. Feo Alvarado, he joined the AUC to defend the honor of his family and fight against those who had destroyed his home. In order to take control over certain Colombian territory, the FARC terrorized many people from the countryside and farmers, making them victims of kidnappings and violence. The family of Mr. Feo Alvarado was one of the many families who suffered this misfortune: one of Mr. Alvarado's brothers was killed by the FARC and another is considered dead but was never found after the FARC took over the farm where he was working at the time.

---

[8] Alsema *supra* note 3.
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.*

Unfortunately, at the time, the Colombian government was not successful at all in freeing the victims or helping the victim's family members. The Colombian government was not even successful in ensuring the safety of the nation's citizens. The FARC had proven to be a great enemy of the nation, an enemy that was winning the war. Seeing how the loss of these two brothers had destroyed their mother, and in turn his home, as well as seeing that the Colombian government was not able to protect or save anyone who was victimize by the FARC, Mr. Alvarado decided to join AUC to fight and bring a piece of justice to his family, who had been a victim of this lawless society.

Mr. Alvarado felt he had no choice but to join the AUC and continue to fight with them. He simply had no faith in the Colombian government and, as a result, felt he had to take up arms to defend his family, his friends, and himself. Although he was originally part of the groups who demobilized between 2003 to 2006, Mr. Alvarado never regained his trust for the Colombian government. His lack of confidence in the government is what caused him to join "Los Urabenos." Mr. Alvarado knew that the FARC were still an imminent threat to the country and its people, he knew the war was not far from over, and he felt he needed to remain part of the paramilitary to protect himself and those he loved the most.

A sad corollary to the existence of private armies like the AUC and the Urabenos is that in order to finance such a massive undertaking, these groups gravitate towards drug trafficking. As a member of the Urabenos, Mr. Feo Alvarado, amongst his other duties, assisted the organization in drug trafficking activities. For that he is truly remorseful. However, while not excusing his actions, the fact that Mr. Feo Alvarado was born into a lawless, failed state where the only way to protect himself and his family was to band together with like minded individuals and arm himself against a deadly adversary, does distinguish his behavior from that of an

individual who enters the drug trade purely for profit, and should be considered by this Court pursuant to 18 U.S.C. § 3553(a).

    Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By:    s/ _Orlando do Campo_
        Orlando do Campo
        Florida Bar No. 0156582
        od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ _Orlando do Campo_
Orlando do Campo