UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20403-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

ALVERIO FEO ALVARADO, *et al.*,

    Defendant.
_____/

## **UNOPPOSED OBJECTION TO PSI**

    Mr. Alverio Feo Alvarado, through undersigned counsel, makes the following objection to the PSI, and in support states:

1.    Paragraph 41 of the PSI assesses Mr. Feo Alvarado a three level adjustment for a aggravating role pursuant to U.S.S.G. § 3A1.1(b).

2.    Mr. Feo Alvarado agrees that he should receive a two level aggravating role enhancement pursuant to § 3A1.1(c), but objects to the three level adjustment. See *United States v. Martinez*, 584 F.3d 1022, 1027 (11th Cir. 2009).

3.    Undersigned counsel has conferred with Assistant United States Attorney Robert Emery, who does not oppose Mr. Feo Alvarado's objection.

    WHEREFORE, Mr. Feo Alvarado respectfully requests that the Court continue his trial.

    Respectfully submitted,

    **do Campo & Thornton, P.A.**
    Chase Bank Building
    150 S.E. 2nd Avenue, Suite 602
    Miami, Florida 33131
    Telephone: (305) 358-6600
    Facsimile: (305) 358-6601

    By:    s/ *Orlando do Campo*
            Orlando do Campo
            Florida Bar No. 0156582
            od@dandtlaw.com

2

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on November 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                s/  *Orlando do Campo*
                Orlando do Campo